UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE PROGRESSIVE CORPORATION,

            Plaintiff,        No. Civ. S-10-0797 FCD EFB

    v.                    **<u>ORDER FOR SANCTIONS AND TO</u>**
**<u>SHOW CAUSE</u>**

SENSEE JANGABA,

            Defendant.
_____/

    On August 18, 2010, the Court issued a Minute Order requiring that a declaration as to the status of the case be filed within fourteen (14) days of the Minute Order.

    As of September 10, 2010, no such declaration has been received, nor has a joint status report been filed. Accordingly, the court makes the following orders:

    1. Plaintiff's counsel, Mr. Thomas Dunn, shall pay sanctions in the amount of **$150.00**. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiff's counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

///

2. This sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

The court finds plaintiff's counsel's continual failure to comply with the court's orders a very serious violation and hereby makes the following orders:

1. Plaintiff's counsel is ordered to show cause why plaintiff's case should not be dismissed for failure to prosecute.

2. Plaintiff's counsel shall file a response to the order to show cause on or before October 8, 2010.

3. A hearing on this order to show cause is set for Friday, October 22, at 10:00 a.m.

IT IS SO ORDERED.

DATED: September 13, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2