UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE PROGRESSIVE CORPORATION,        No. CIV. S-10-0797 FCD EFB

      Plaintiff,

  v.                                  **ORDER DISMISSING CASE**

SENSEE JANGABA,

      Defendant.
_____/

    On September 13, 2010, plaintiff'S counsel, Thomas Dunn, was ordered to show cause why plaintiff's case should not be dismissed for failure to prosecute. The court ordered counsel to file a response to the Order to Show Cause on or before October 8, 2010.  Mr. Dunn has failed to file a response to the Order to Show Cause.

    Accordingly, plaintiff's case is dismissed for failure to prosecute, Fed. R. Civ. P. 41(b), and for failure to respond to this court's order, <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992).  With respect to dismissal for failure to follow court orders, the court has reviewed the five factors set forth in <u>Ferdik</u> and finds that each warrants dismissal of Plaintiff's case.

1  The Order to Show Cause hearing set for October 22, 2010 is
2  hereby VACATED.
3  IT IS SO ORDERED.
4  DATED: October 18, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE